```
                                                          FILED
                                                      December 15, 2015
         UNITED STATES DISTRICT COURT FOR THE        CLERK, US DISTRICT COURT
                                                      EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA                    CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
)  Case No. 2:15MJ00233-CKD
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
ALPHONSO HARRIS, II, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ALPHONSO HARRIS, II__ , Case No. __2:15MJ00233-CKD__ , Charge __18USC § 371, 922(a)(1)(A), 26USC § 5861(d)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- __ Release on Personal Recognizance

- __ Bail Posted in the Sum of $_____

    - __ Unsecured Appearance Bond

    - __ Appearance Bond with 10% Deposit

    - __ Appearance Bond with Surety

    - __ Corporate Surety Bail Bond

    - ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 15, 2015__ at __2:00 pm__.

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court