```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```




FILED

JAN 15 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0011 KJM |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms |
| v. | |
| MOHAMMAD JAVED, and ALPHONSO HARRIS II, | |
| Defendants. | |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

The United States Attorney charges:   T H A T

MOHAMMAD JAVED, and
ALPHONSO HARRIS II,

defendants herein, between on or about December 5, 2014, and continuing until or about February 17, 2015, in Sacramento County, State and Eastern District of California, not being licensed to deal firearms as described in, Title 18, United States Code, Section 923,

1

1 | did willfully engage in the business of dealing in firearms, all in
2 | violation of Title 18, United States Code, Section 922(a)(1)(A).
3 |
4 | DATED: January 15, 2016            BENJAMIN B. WAGNER
                                       United States Attorney
5 |
6 |
                                       /s/ Justin L. Lee
7 |                                     JUSTIN L. LEE
                                       Assistant U.S. Attorney

## PENALTY SLIP

## United States v. MOHAMMAD JAVED & ALPHONSO HARRIS II

COUNT ONE:            18 U.S.C. § 922(a)(1)(A) -- Unlawful Dealing in Firearms

　　　　　　　　　　　Fine of up to $250,000, and/or
　　　　　　　　　　　Imprisonment of up to 5 years, or both
　　　　　　　　　　　Term of Supervised Release of up to 3 years

COURT ASSESSMENT:     $100