THOMAS A. JOHNSON, #119203
DANIEL L. OLSEN, #261645
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Alphonso Harris

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16-cr-00011-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| vs. | ) CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED PSR SCHEDULE |
| ALPHONSO HARRIS, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 18, 2016, at 9:15 a.m. is continued to December 6, 2016, at 9:15 a.m. in the same courtroom.   Probation has requested additional time to complete the PSR and Defendant needs additional time to prepare for sentencing.  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The new PSR schedule is as follows:

| | |
|---|---|
| Judgment and Sentencing date: | December 6, 2016 |
| Reply or Statement | November 29, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 22, 2016 |

- 1 -

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 15, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 8, 2016 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | October 25, 2016 |

**IT IS SO STIPULATED.**

DATED: June 27, 2016            By:   /s/ Daniel L. Olsen
                                      DANIEL L. OLSEN
                                      Attorney for Alphonso Harris


DATED: June 27, 2016                  PHILLIP A. TALBERT
                                      Acting United States Attorney

                                By:   /s/ Daniel L. Olsen for
                                      JUSTIN LEE
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 10/14/2016


                                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge

- 2 -