| | |
|---|---|
| THOMAS A. JOHNSON, #119203<br>KRISTY M. KELLOGG, #271250<br>Law Office of Thomas A. Johnson<br>400 Capitol Mall, Suite 1620<br>Sacramento, California 95814<br>Telephone: (916) 422-4022 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ALPHONSO HARRIS II,<br><br>       Defendant. | Case No.: 2:16-cr-00011-KJM<br><br>MEMORANDUM REGARING CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED PSR SCHEDULE<br><br>Date: January 17, 2017<br>Time: 9:00 a.m.<br>Judge: Kimberly J. Muller |

## **MEMORANDUM**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 6, 2016, at 9:00 a.m. is continued to January 17, 2017, at 9:00 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is amended as follows:

Judgment and Sentencing date:                                 January 17, 2017

Reply or Statement                                                  January 10, 2017

- 1 -

| | |
|---|---|
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 5, 2017 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | December 20, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 6, 2016 |

DATED: November 8, 2016

Respectfully submitted,

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Alphonso Harris II